IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GEORGE WILLIS and AUDREY WILLIS,
Individually and on behalf of those similarly
situation                                                                                                    PLAINTIFFS

VS.                                          CASE NO. 14-CV-4024

NATIONWIDE MUTUAL INSURANCE
COMPANY and NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY, d/b/a NATIONWIDE
INSURANCE                                                                                                   DEFENDANTS

## ORDER

Before the Court is Defendants' Motion to Withdraw Memorandum in Support of Motion to Dismiss. (ECF No. 24). Plaintiffs have filed responses in opposition to the motion. (ECF Nos. 26-27).[1] Defendants request that they be permitted to withdraw their memorandum brief (ECF No. 15) in support of their Motion to Dismiss. (ECF No. 14). Defendants state that there were a few unintentional errors in their brief relating to the definition of "Released Claims" in *Alexander v. Nationwide Mutual Insurance Company, et al.*, Case No. CV-2009-120-3 (Ark. Cir. Ct. 2009). Defendants request that they be permitted to file a new brief to correct the definition and conform their arguments to the accurate definition.

Upon consideration, the Court finds that good cause for the motion (ECF No. 24) has been shown. Accordingly, the motion should be and hereby is **GRANTED**. The clerk is directed to

---

[1] Defendants have also filed a Motion for Leave to File a Reply. (ECF No. 28). The Court does not find a reply necessary. Accordingly, the motion is **DENIED**.

disregard Defendants' memorandum brief. (ECF No. 15). Defendants must file their corrected brief in support of their Motion to Dismiss (ECF No. 14) on or before March 25, 2014. Plaintiffs' response to Defendants' Motion to Dismiss is due on or before April 8, 2014.

    IT IS SO ORDERED, this 24th day of March, 2014.

                                        /s/ Susan O. Hickey  
                                        Susan O. Hickey  
                                        United States District Judge